UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLUKAYODE DAVID OJO AND OLATUNBOSUN GRACE OJO,<br><br>                            Plaintiffs,<br><br>    -against-<br><br>THOMAS DECKER, et al.,<br><br>                            Defendants. | 21-CV-3221 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 13, 2021, dismissing the second amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the claims brought against Defendant Thomas Decker are dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), and the claims brought against the remaining Defendants are dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff Olatunbosun Grace Ojo and note service on the docket. Plaintiff Olukayode David Ojo has consented to electronic service. (ECF 5.)

SO ORDERED.

Dated:  October 13, 2021
           New York, New York

                                                      /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                   Chief United States District Judge